# Application for Employment

Our policy is to provide equal employment opportunity to all qualified persons without regard to race, creed, color, religious belief, sex, age, national origin, ancestry, physical or mental disability, or veteran status.

Date 8-11-2014

Last name Sullivan First name Philip Middle name Todd

Street Address [redacted]

City Mountan Grove State MO ZIP 65711

Telephone [redacted] Social Security # [redacted]

Are you a U.S. citizen or otherwise authorized to work in the U.S. on an unrestricted basis? (You may be required to provide documentation.) ☒ Yes ☐ No

Are you looking for full-time employment? ☒ Yes ☐ No

If no, what hours are you available? Would Also be Available for Partime work

Are you 18 or older? ☒ Yes ☐ No

Have you ever been convicted of a felony? (This will not necessarily affect your application.)
☐ Yes ☒ No

If yes, please describe conditions. ______________________

**Employment Desired**

Position applied for Warehouse Work

How did you hear of this opening? Internet

Have you ever applied for employment here? ☐ Yes ☒ No

When? ______________________
Where? ______________________

Have you ever been employed by any of our companys? ☐ Yes ☒ No

When? ______________________
Where? ______________________

Complaint
Exhibit A

Are you presently employed? ☐ Yes ☒ No

May we contact your present employer? ☒ Yes ☐ No

Are you available for full-time work? ☒ Yes ☐ No

Are you available for part-time work? ☒ Yes ☐ No

Are you willing to travel? ☐ Yes ☐ NO MAYBE

Date you can start 8-11-2014

Desired position WAREHOUSE Work

Please list applicable skills

**Education**

| | School Name and Location | Year | Major | Degree |
|---|---|---|---|---|
| High School | GED | 1974 | | |
| College | TARRANT COUNTY COLLEGE | 1984-85 | | NO |
| College | | | | |
| Post-College | | | | |
| Other Training | 25 YRS LAW ENFORCEMENT | | | |

In addition to your work history, are there are other skills, qualifications, or experience that we should consider?

AUTO MECHANIC - SMALL EGINE MECHANIC AS WELL AS 1200 HRS of SPECIALIZED TRAININ IN LAW ENFORCEMEN SOME of which RELATES TO VARIOUS TYPES of EMPLOYMENT

Are you planning to continue your studies? ☐ Yes ☒ No

If yes, where and what courses of study?


Case 6:16-cv-03105-MDH Document 1-1 Filed 03/22/16 Page 2 of 7 Complaint Ex. A, p. 2

**Employment History** **(Start with most recent employer)**

Company Name Tarrant County Sheriff

Address 200 Taylor St, Ft Worth, TX Telephone 817-884-3309

Date Started 8/85 Starting Wage 1440-mth Starting Position Jailor

Date Ended 8/2010 Ending Wage 4500.00 mth Ending Position Deputy Sheriff

Name of Supervisor Division Chief Amy Fennell

May we contact? ☒ Yes ☐ No

Responsibilities All duties Related to Law Enforcement And Some Non Law Enforcement.

Reason for leaving Retired - 25 yrs Service

Company Name ______

Address ______ Telephone ______

Date Started ______ Starting Wage ______ Starting Position ______

Date Ended ______ Ending Wage ______ Ending Position ______

Name of Supervisor ______

May we contact? ☐ Yes ☐ No

Responsibilities ______

Reason for leaving ______

Company Name ______

Address ______ Telephone ______

Date Started ______ Starting Wage ______ Starting Position ______

Date Ended ______ Ending Wage ______ Ending Position ______

Name of Supervisor ______

May we contact? ☐ Yes ☐ No

Responsibilities ______

Reason for leaving ______

## Health History — All questions must be answered before we can process your application or change authorization.

*Within the past 10 years, have you had or been advised of, diagnosed or treated for any of the following conditions?*

*Each item must be checked either "Yes" or "No." Also, please CIRCLE ALL CONDITIONS THAT APPLY, (e.g., allergies)*

1. Allergies, hay fever, asthma, allergic reaction . . . [redacted]
2. Anemia, other blood disease or disorder . . . ☐ Yes ☐ No
3. Arthritis, lupus, gout or any inflammation, recurrent pain or diminished range of motion in the joints, including knees or hips (please indicate the involved joint — see the following page) . . . ☐ Yes ☐ No
4. Back, neck or spinal column disorders, including back adjustments, recurrent back pain or immobility . . . ☐ Yes ☐ No
5. Bladder infections, kidney infections, kidney stones, or any other bladder, urinary or kidney disorder . . . ☐ Yes ☐ No
6. Breast disorder, fibrocystic disease, breast implant or reduction . . . ☐ Yes ☐ No
7. Cancer, cysts, tumors, polyps or other growths . . . ☐ Yes ☐ No
8. Congenital disease or birth defect . . . ☐ Yes ☐ No
9. Crossed eyes, detached retina, cataract, glaucoma or any other eye injury or disorder (except corrective lenses) . . . ☐ Yes ☐ No
10. Cystic acne, actinic keratosis, severe burns, severe scars or any other skin disorders . . . ☐ Yes ☐ No
11. Diabetes,* goiter or thyroid disorder or disorder of the glands . . . ☐ Yes ☐ No
    **If you answered "yes" for diabetes, please also complete questions 39, 40, and 41.*
12. Diseases related to the immune system, *other than* Human Immunodeficiency Virus (HIV) infection . . . ☐ Yes ☐ No
13. Ear infections, hearing impairment, nasal malformation, deviated nasal septum, sinus trouble, or any other disorder of the ear, nose or throat . . . ☐ Yes ☐ No
14. Eating disorder, such as anorexia or bulimia . . . ☐ Yes ☐ No
15. Emphysema, bronchitis or any chest, lung or respiratory problem or disorder . . . ☐ Yes ☐ No
16. Epilepsy, seizures, migraine or recurrent headaches . . . ☐ Yes ☐ No
17. Fractures, dislocations, polio, loss of limb(s), bone disorders. On the following page, please indicate the involved limb(s) — left or right, arm or leg — and if screws, pins or plates are now in place . . . ☐ Yes ☐ No
18. Gallstones, gallbladder disorder, hernia (except hiatal) . . . ☐ Yes ☐ No
19. Sexually-transmitted diseases, such as genital herpes, syphilis, gonorrhea, chlamydia or venereal warts . . . ☐ Yes ☐ No
20. Heart murmur, irregular heartbeat, rheumatic fever, chest pain, heart valve problem, heart attack or any other heart condition . . . ☐ Yes ☐ No
21. Hepatitis, cirrhosis or any other liver disorder . . . ☐ Yes ☐ No
22. Disorder of the male or female reproductive organs, including enlarged prostate, prostatitis, menstrual irregularity or disorder, fibroid uterus, abnormal Pap smear or ovarian cyst . . . ☐ Yes ☐ No
23. Muscular or neurological disorder, such as muscular dystrophy, multiple sclerosis, cerebral palsy or Parkinson's . . . ☐ Yes ☐ No
24. Nervous, mental or emotional condition; attempted suicide, depression or mental retardation . . . ☐ Yes ☐ No
25. Paralysis, stroke, TIA (Transient Ischemic Attack), or hypertension* (high blood pressure) . . . ☐ Yes ☐ No
    **If you answered "yes" for hypertension, please also complete questions 42 and 43.*
26. Ulcers, colitis, hemorrhoids, ulcerative colitis, Crohn's, hiatal hernia or any other stomach, intestine, bowel or rectal disorder . . . ☐ Yes ☐ No
27. Varicose veins, clots, poor circulation or any other vein or artery disorder . . . ☐ Yes ☐ No

Have you

29. Had an operation or been hospitalized in the past 10 years? . . . ☐ Yes ☐ No
30. In the past 10 years, been diagnosed with, or treated for, HIV infection? . . . ☐ Yes ☐ No
31. In the past 10 years, been treated or counseled for alcoholism, the use of alcohol, drug abuse or the use of drugs? . . . ☐ Yes ☐ No
32. Within the past five years, ever had any other condition, disorder, ailment or injury not listed above for which you have had or plan to seek advice, diagnosis or treatment? . . . ☐ Yes ☐ No
33. Consulted a doctor, chiropractor, therapist or other health care provider within the past 24 months? . . . ☐ Yes ☐ No

34. **If you answered "yes" to any of the questions 1-33, complete this section. Give complete details, including the number of each item that you answered "yes." Attach additional sheet if necessary.**

| Item No. | Patient's Name | Dates of Illness or Conditions/ Symptoms | Diagnosis; Treatment, Medication, Reason for Visit | Is further treatment needed? | Were you hospitalized | Name and Address of Doctor and/or Hospital |
|---|---|---|---|---|---|---|
| | | From<br>To | | ☐ Yes ☐ No | ☐ Yes ☐ No | Name<br>Address |
| | | From<br>To | | ☐ Yes ☐ No | ☐ Yes ☐ No | Name<br>Address |
| | | From<br>To | | ☐ Yes ☐ No | ☐ Yes ☐ No | Name<br>Address |
| | | From<br>To | | ☐ Yes ☐ No | ☐ Yes ☐ No | Name<br>Address |
| | | From<br>To | | ☐ Yes ☐ No | ☐ Yes ☐ No | Name<br>Address |
| | | From<br>To | | ☐ Yes ☐ No | ☐ Yes ☐ No | Name<br>Address |

35. Is anyone listed currently taking any prescribed medications? .......... ☐ Yes ☐ No
If YES, complete below. *(Use an extra sheet if necessary.)*

| Name | Medicine | Dosage | Reason | Name and address of prescribing doctor |
|---|---|---|---|---|
| | | | | |
| Name | Medicine | Dosage | Reason | Name and address of prescribing doctor |
| | | | | |

36. Has anyone listed had a physical exam in the last two years? .......... ☐ Yes ☐ No
If YES, provide:

| Person's Name | Physician's Name, Address and Phone Number | Date of exam (mo-day-yr) |
|---|---|---|
| | | |
| | | |
| | | |

37. Has future surgery, diagnostic testing or medical treatment been recommended or discussed for any person listed? . ☐ Yes ☐ No
If YES, please provide:

| Person's Name | Date | Diagnosis | Type of operation or treatment |
|---|---|---|---|
| | | | |

38. **Nonsmoker's Designation and Declaration**

A. I ☐ have / ☐ have not used tobacco products during the past 12 months.



Case 6:16-cv-03105-MDH Document 8-1 Filed 05/18/16 Page 5 of 7
Case 6:16-cv-03105-MDH Document 1-1 Filed 03/22/16 Page 5 of 7

39. If you answered **YES to Question 11**, please indicate how long patient has had diabetes: ______

40. If you answered **YES to Question 11**, please give the most recent blood sugar readings and dates during the last two years:

Mo. ____ Yr. ____ Reading ____ Mo. ____ Yr. ____ Reading ____
Mo. ____ Yr. ____ Reading ____ Mo. ____ Yr. ____ Reading ____
Mo. ____ Yr. ____ Reading ____ Mo. ____ Yr. ____ Reading ____

41. If you answered **YES to Question 11**, please give the name and dosage for each prescription drug or injection taken for diabetes during the past three years: ______

42. If you answered **YES to Question 25**, please give the most recent blood pressure readings and dates, as listed below:

(a) Prior to treatment, if information is available:
Mo. ____ Yr. ____ Reading ____
Mo. ____ Yr. ____ Reading ____
Mo. ____ Yr. ____ Reading ____

(b) During treatment, within the last year:
Mo. ____ Yr. ____ Reading ____
Mo. ____ Yr. ____ Reading ____
Mo. ____ Yr. ____ Reading ____

43. If you answered **YES to Question 25**, please give the name and dosage for each prescription drug or injection taken for high blood pressure during the past three years: ______

Give name, dosage and length of time on current medication: ______

4


Case 6:16-cv-03105-MDH Document 1-1 Filed 03/22/16 Page 6 of 7

**Please Read Before Signing:**

I certify that all information provided by me on this application is true and complete to the best of my knowledge and that I have withheld nothing that, if disclosed, would alter the integrity of this application.

I authorize my previous employers, schools, or persons listed as references to give any information regarding employment or educational record. I agree that this company and my previous employers will not be held liable in any respect if a job offer is not extended, or is withdrawn, or employment is terminated because of false statements, omissions, or answers made by myself on this application. In the event of any employment with this company, I will comply with all rules and regulations as set by the company in any communication distributed to the employees.

In compliance with the Immigration Reform and Control Act of 1986, I understand that I am required to provide approved documentation to the company that verifies my right to work in the United States on the first day of employment. I have received from the company a list of the approved documents that are required.

I understand that employment at this company is "at will," which means that either I or this company can terminate the employment relationship at any time, with or without prior notice, and for any reason not prohibited by statute. All employment is continued on that basis. I hereby acknowledge that I have read and understand the above statements.

Signature ______________________ Date 8-11-2014