EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 560-2014-01807 |

**Missouri Commission On Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Philip Sullivan | [redacted] | |

| Street Address | City, State and ZIP Code |
|---|---|
| [redacted] Mountain Grove, MO 65711 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| GRISHAM FARM PRODUCTS | Unknown | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| 7364 Newkirk Rd., Mountain Grove, MO 65711 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 07-26-2014 | 08-05-2014 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. In around late July 2014 I heard that the above named employer was hiring. I downloaded their on-line application on or around 7/28/14. Included with the application was a 3 page "Health History" form, which stated that all questions must be answered before they could process the application. It requested information for a 10 year period.

II. I called the company on or about 8/5/14, and asked what would happen if the health history form was not included with an application. I was informed by the person who answered the phone that if all of the forms were not completed, they would not accept the application.

III. I believe that requiring health history at the time an application is processed is in violation of the Americans with Disabilities Act (ADA), and its amendments.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 8-25-14 X [signature]

Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

Exhibit B